UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Consolidated Ag Service, Inc.,
dba Wacker Implement,

Plaintiff,

v.

Parma Company,

Defendant.

Court File No. 01-CV-377 ADM/SRN

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER**

---

IT IS HEREBY STIPULATED by and between the above-captioned parties through their respective counsel that the above matter may be dismissed in its entirety with prejudice and without costs to any party.

Date: June 5, 2001

GAVIN, OLSON & SAVRE, LTD.

Jody Winters

Jody Winters, #232543
1017 Hennepin Avenue
Glencoe, MN 55336
Phone: (320) 864-5142
ATTORNEYS FOR PLAINTIFF

Date: 6-12-01

FLYNN & GASKINS, L.L.P.

Hal A. Shillingstad

Hal A. Shillingstad, #195777
Lori D. Semke, #0296910
333 South Seventh Street
Suite 2900
Minneapolis, MN 55402
612/333-9500
ATTORNEYS FOR DEFENDANT

FILED JUN 21 2001
FRANCIS E. DOSAL, CLERK JUN 21 2001
JUDGMENT ENTD
DEPUTY CLERK

**SO ORDERED:**

BY THE COURT

Date: June 21, 2001

Ann Montgomery
Honorable Ann D. Montgomery
Judge of District Court

**LET JUDGMENT OF DISMISSAL WITH PREJUDICE BE ENTERED ACCORDINGLY.**